## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **REMARKABLE HEALTHCARE OF** | § | **Chapter 11** |
| **CARROLLTON, LP et al.[1],** | § | **Case No. 18-40295** |
| | § | **(Jointly Administered)** |
| **Debtors.** | § | |
| | § | |
| | § | |
| **LARRY A. LEVICK, LITIGATION** | § | |
| **TRUSTEE OF THE UNSECURED** | § | |
| **CREDITORS' LITIGATION TRUST** | § | |
| **(A/K/A THE REMARKABLE LITIGATION** | § | |
| **TRUST),** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **ADVERSARY No. 20-04021** |
| | § | |
| **LAURIE BETH MCPIKE,** | § | |
| | § | |
| **Defendant.** | § | |

## PLAINTIFF'S NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW**, Larry A. Levick, Litigation Trustee of the Unsecured Creditors' Litigation Trust (a/k/a the Remarkable Litigation Trust)(the "**Trustee**") pursuant to the Chapter 11 Plan of Reorganization of Remarkable Healthcare of Carrollton, LP, and files this, his *Notice of Dismissal*

---

[1] The Debtors in these jointly-administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Remarkable Healthcare of Carrollton, LP (5960), Remarkable Healthcare of Dallas, LP (3418), Remarkable Healthcare of Fort Worth, LP (1650), Remarkable Healthcare of Seguin, LP (4566), and Remarkable Healthcare, LLC (5142).

*Adversary Proceeding Without Prejudice* and, in support of same, would respectfully show the Court as follows:

## I.  PROCEDURAL BACKGROUND

1.      On February 12, 2020, the Trustee  filed his *Complaint to Avoid Preferential and/or Preferential Transfers and to Disallow Claims* against Laurie Beth McPike [**Dkt. No. 455** in the main bankruptcy case] initiating this adversary proceeding, No. 20-04021. The Defendant has presented the Trustee with documentation of valid defenses to the claims set forth in the Complaint.

## II. ARGUMENT AND AUTHORITY

2.      Federal Rule of Civil Procedure 41(a)(1)(A), made applicable by Federal Rule of Bankruptcy Procedure 7041, says that "the plaintiff may dismiss an action without a court order by filing: (a) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

3.      The Defendant has not served an answer or a motion for summary judgment.  The Plaintiff, therefor, is entitled to file this Notice of Dismissal.

## III. PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Larry A. Levick, Litigation Trustee for the Unsecured Creditors' Litigation Trust, gives notice to this Court that he is dismissing above-titled and numbered adversary proceeding.

**Dated: May 29, 2020**

Respectfully submitted,

SINGER & LEVICK, P.C.


By:       /s/  Michelle E. Shriro
          Michelle E. Shriro
          State Bar No. 18310900
          William R. Dorward
          State Bar No. 24007123
          Todd Hoodenpyle
          State Bar No. 00798265

16200 Addison Road, Suite 140
Addison, Texas  75001
Phone: 972.380.5533
Fax: 972.380.5748
Email: mshriro@singerlevick.com
Email: dorward@singerlevick.com
Email: hoodenpyle@singerlevick.com


ATTORNEYS FOR
LARRY A. LEVICK, LITIGATION TRUSTEE